IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, *etc.*, | : : : | |
| Plaintiff | : : | |
| v. | : : | Civil No. AMD 07-637 |
| WELLS REAL ESTATE INVESTMENT TRUST, INC., et al., Defendants | : : : | |

...o0o...

O R D E R

On April 9, 2007, this matter came before the Court for a hearing on the motion for temporary restraining order. Counsel having been heard and the Court having rendered its opinion on the record, it is, this 10th day of April, 2007,

ORDERED that the motion for Temporary Restraining Order, etc., filed by Washtenaw County Employees' Retirement System (Paper No. 16) is DENIED.

_/s/_____
ANDRE M. DAVIS
United States District Judge