UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Wells Real Estate Investment Trut, Inc., | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:07-CV-862-CAP |
| WELLS REAL ESTATE INVESTMENT TRUST, INC., | |
| Defendant. | |

O R D E R

This matter is before the court on the defendant's limited motion for clarification [Doc. No. 116]. In this motion the defendant seeks clarification regarding stated findings within this court's March 31, 2008, order [Doc. No. 115] resolving the defendant's motion to dismiss.

The crux of this motion is an inquiry as to the court's statements that certain information was material with regard to the Proxy that is the subject matter of this action. All findings by the court in the March 31, 2008, order were made under the Rule 12(b)(6) standard, which examines whether the factual allegations of the plaintiff present plausible claims. No statements by the court in the March 31, 2008, order were meant to be interpreted as determinative factual findings. Any representation that the court

has adjudicated any issues beyond the Rule 12(b)(6) standard is incorrect.

The motion for clarification [Doc. No. 116] is GRANTED. The court's order is clarified as stated above.

SO ORDERED, this 9th day of May, 2008.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge