RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 19 2010

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 19 2010

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re Wells Real Estate Investment Trust, Inc. Securities Litigation | Civil Action No. 1:07-cv-00862-CAP |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT Defendants may file certain portions of the following documents under seal:

1. Transcript of Deposition of Robert Bowers dated April 14, 2009, page 211;

2. Transcript of Deposition of Kevin T. Gannon dated May 11, 2009, pages 283-284, 310, and 312-313;

3. Transcript of Deposition of Kevin T. Gannon dated September 30, 2009, pages 84, 95-96, 98-100, 102, 114-115, 136, and 209-210;

4. Transcript of Deposition of Murray McCabe dated April 15, 2009, pages 24, 51-52, 54-56, 58-59, and 127-128;

5. Transcript of Deposition of Donald A. Miller dated May 7-8, 2009, pages 374-375; and

6. Transcript of Deposition of Seth Weintrob dated April 17, 2009, pages 67 through 77, 80 through 82, 94 through 97, and 105.

SO ORDERED this 19 day of March, 2010.

_____
The Honorable Charles A. Pannell, Jr.
Judge, Northern District of Georgia