UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: Wells Real Estate Investment Trust, Inc. Securities Litigation | CIVIL ACTION<br>NO. 1:07-CV-862-CAP |

**O R D E R**

This action is before the court on the defendants' motion for extension of time [Doc. No. 455]. The motion is GRANTED. The defendants shall have through August 18, 2010 to file their status report.

SO ORDERED this 12th day of August, 2010.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge