**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re Wells Real Estate Investment Trust Inc. Securities Litigation | Civil Action No. 1:07-CV-862-CAP |

**CONSENT ORDER CONCERNING TIME FOR FILING OF THE PRETRIAL ORDER**

WHEREAS, on August 2, 2010 the Court entered an Order [Dkt. 451] denying Defendants' Motion for Summary Judgment [Dkt. 345] and granting, in part, Plaintiff's Motion for Partial summary Judgment [Dkt. 344].

WHEREAS, the Northern District of Georgia, Civil Local Rule 16.4 requires the parties to file a consolidated Pretrial Order no later than thirty (30) days after the entry of the Court's ruling on motions for summary judgment, or September 1, 2010.

WHEREAS, on August 12, 2010, Defendants filed the following two motions directed to the Court's August 2, 2010 ruling on the motions for summary judgment: (a) a Motion to Certify the Court's August 2, 2010 Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) [Dkt. 457] ("Motion to Certify"); and (b) a Limited Motion for Clarification of the Court's August 2, 2010

Order [Dkt. 458] ("Motion for Clarification")(collectively, "Defendants' Motions").

WHEREAS, the briefing on the Defendants' Motions will be completed on September 16, 2010, and the Court's subsequent ruling on Defendants' Motions will instruct the parties with respect to the matters to be addressed in the Pretrial Order.

WHEREAS, in light of the foregoing, the parties agree that the requested extension and relief is reasonable and necessary, as evidenced by the signatures below.

IT IS HEREBY ORDERED as follows:

1. The deadline for filing the Pretrial Order pursuant to Northern District of Georgia Civil Local Rule 16.4 is stayed.

2. Within 10 business days of the Court's ruling on the Motion for Clarification or the Motion for Certification, whichever is later, the parties will confer and submit a Status Report and Proposal to the Court with respect to the filing of the Pretrial Order.

SO ORDERED, this 30th day of August, 2010.

/s/Charles A. Pannell, Jr.

Respectfully submitted this 23rd day of August, 2010.

**CHIMICLES & TIKELLIS LLP**

/s/ *Kimberly M. Donaldson*
Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
nick@chimicles.com
kimdonaldson@chimicles.com
kimberlykimmell@chimicles.com

**CHITWOOD HARLEY HARNES LLP**

/s/ *Krissi T. Gore*
Robert W. Killorin
Georgia Bar No. 417775
Krissi T. Gore
Georgia Bar No. 687020
2300 Promenade II
1230 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476
rkillorin@chitwoodlaw.com
medelstein@chitwoodlaw.com
mpeacock@chitwoodlaw.com

**KING & SPALDING LLP**

/s/ *Michael R. Smith*
Michael R. Smith
Georgia Bar No. 661689
Bethany M. Rezek
Georgia Bar No. 553771
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
mrsmith@kslaw.com
brezek@kslaw.com

***Counsel for Defendants Piedmont Office Realty Trust, Inc. (f/k/a Wells Real Estate Investment Trust, Inc.), Wells Capital, Inc., Wells Management Company, Inc., Wells Advisory Services I, LLC, Wells Real Estate Advisory Services, Inc., Wells Government Services, Leo F. Wells, III, Douglas P. Williams, Randall D. Fretz, and Donald A. Miller***

**ROGERS & HARDIN LLP**

/s/ *Tony G. Powers*
Tony G. Powers
Georgia Bar No. 586586
Kimberly L. Myers
Georgia Bar No. 533257
229 Peachtree Street NE
2700 International Tower
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
tpowers@rh-law.com
kmyers@rh-law.com

**LABATON SUCHAROW LLP**

*/s/ Lawrence A. Sucharow*
Lawrence A. Sucharow
Joseph Sternberg
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lsucharow@labaton.com

***Co-Lead Counsel for Plaintiff and the Class***

***Counsel for Defendants Michael R. Buchanan, Richard W. Carpenter, Bud Carter, William H. Keogler, Jr., Donald S. Moss, Neil H. Strickland, and W. Wayne Woody***