# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re Wells Real Estate Investment Trust, Inc. Securities Litigation | Civil Action Number: 1:07-cv-00862-CAP <br><br> <u>CLASS ACTION</u> |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff and the certified class in the above-captioned action hereby appeal to the United States Court of Appeals for the Eleventh Circuit from (1) the Order entered April 10, 2007 [ECF No. 49], attached hereto as Exhibit "A"; (2) the Order entered on March 31, 2008 [ECF No. 115], attached hereto as Exhibit "B"; (3) the Order entered on June 23, 2009 [ECF No. 300], attached hereto as Exhibit "C"; (4) the Order entered on February 4, 2011 [ECF No. 492], attached hereto as Exhibit "D"; (5) rulings set forth in the Minute Sheet entered February 7, 2011 [ECF No. 493], attached hereto as Exhibit "E"; (6) rulings set forth in the Minute Sheet entered February 8, 2011 [ECF No. 494], attached hereto as Exhibit "F"; (7) rulings set forth in the Minute Sheet entered February 11, 2011 [ECF No. 497], attached hereto as Exhibit "G"; (8) rulings set forth in the Corrected Minute Sheet entered February 17, 2011 [ECF No. 498-1], attached hereto as Exhibit "H"; (9)

1

rulings set forth in the February 7, 2011 Transcript of *Daubert* Motion Proceedings Before the Honorable Charles A. Pannell, Jr. (Volume 1), attached hereto as Exhibit "I"; (10) rulings set forth in the February 8, 2011 Transcript of *Daubert* Motion Proceedings Before the Honorable Charles A. Pannell, Jr. (Volume 2), attached hereto as Exhibit "J"; (11) rulings set forth in the February 10, 2011 Transcript of *Daubert* Motion Proceedings Before the Honorable Charles A. Pannell, Jr. (Volume 3), attached hereto as Exhibit "K"; (12) rulings set forth in the February 11, 2011 Transcript of *Daubert* Motion Proceedings Before the Honorable Charles A. Pannell, Jr. (Volume 4), attached hereto as Exhibit "L"; (13) rulings set forth in the February 17, 2011 Transcript of *Daubert* Motion Proceedings Before the Honorable Charles A. Pannell, Jr. (Volume 5), attached hereto as Exhibit "M"; (14) the Order entered on February 22, 2012 [ECF No. 640], attached hereto as Exhibit "N"; (15) the Order entered on September 26, 2012 [ECF No. 654], attached hereto as Exhibit "O"; and (16) the Judgment entered on September 26, 2012 [ECF No. 655], attached hereto as Exhibit "P."

Dated:  October 12, 2012                    Respectfully submitted,

                                              *s/ Krissi T. Gore*
                                              Robert W. Killorin (Georgia Bar No. 417775)
                                              Krissi T. Gore (Georgia Bar No. 687020)
                                              CHITWOOD HARLEY HARNES LLP
                                              2300 Promenade II
                                              1230 Peachtree Street

Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476
kgore@chitwoodlaw.com

Nicholas E. Chimicles
Kimberly M. Donaldson
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania  19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
nick@chimicles.com

Lawrence A. Sucharow
Joseph Sternberg
Michael Woolley
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lsucharow@labaton.com

*Co-Lead Counsel for Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2012, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, including the following:

> Tony G. Powers   tpowers@rh-law.com
> Kimberly L. Myers   kmyers@rh-law.com
>
> Michael R. Smith   mrsmith@kslaw.com
> Bethany M. Rezek   brezek@kslaw.com

>    *s/ Krissi T. Gore*
> Krissi T. Gore
> Georgia Bar No. 687020
> ***Co-Lead Counsel for Plaintiff and the Class***

**CHITWOOD HARLEY HARNES LLP**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 873-3900
Fax: (404) 876-4476
Email: kgore@chitwoodlaw.com